# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABRINA HANSEN,

    Defendant.

4:22-CR-3063

ORDER

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (filing 79) is granted.

2. The forfeiture allegation of the Indictment (filing 1) is dismissed.

Dated this 12th day of October, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge